UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

RICHARD E. DREW and ROLENA C. DREW,

    Plaintiff,

-vs-                                          Case No.: 8:14-CV-00369-RAL-TGW

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

**PLAINTIFF'S REQUESTED QUESTIONS FOR JURY SELECTION**

    Plaintiffs. RICHARD E. DREW and ROLENA C. DREW, pursuant to this Court's Case Management and Scheduling Order (Dkt. 15) and the Court's September Trial Calendar (Dkt. 71-1), submit their questions for jury selection, and respectfully requests that the Court ask of the panel the following questions:

**I.    Leadership Characteristics**

    1.    How many panel members are college graduates?

    2.    How many panel members own or have owned their own businesses?

    3.    How many panel members work or have worked in supervisory or managerial positions?

    4.    How many panel members have been active members of any type of social, religious, fraternal, business, professional, academic, civic, or political organizations?

    5.    How many panel members have been officers of any such organization?

    6.    How many panel members have served on a board of directors of any kind of business or other organization?

    7.    How many panel members have served as officers or non-commissioned officers in the military?

    8.    How many panel members have ever held political office of any kind?

    9.    How many panel members would describe themselves as being very opinionated?

    10.    How many panel members have ever called in to a radio talk news show?

**II.     Cultural and Political Attitudes**

    1.     How many panel members are registered voters?

    2.     Of those registered voters, how many are Republicans, Democrats, Independents?

    3.     How many panel members voted in the last presidential election?

    4.     How many panel members can name the two United States Senators from Florida?

    5.     How many panel members would describe themselves as politically conservative? Moderate? Liberal?

    6.     How many panel members attend religious services regularly?

    7.     How many panel members believe that there is not enough government regulation of firearms?

    8.     How many panel members believe there is too much government regulation of firearms?

    9.     How many panel members believe that taxes should be increased on the wealthiest Americans?

    10.    How many panel members regularly watch cable television news?

    11.    Of those panel members, how many regularly watch Fox News Network?

    12.    How many panel members believe that human activity has an impact on the earth's climate?

    13.    How many panel members believe that government has gotten too big?

    14.    How many panel members believe that to a great extent, corporations are to blame for the recent financial crisis?

**III.    Attitudes About This Case**

    1.     How many panel members think that there are too many lawsuits?

    2.     How many panel members believe that damages awards in lawsuits are too high?

    3.     How many people believe that there ought to be laws to limit the amount of damages a party to a lawsuit can receive?

      4.      How many people believe there is an insurance crisis fueled by lawyers, lawsuits, and big damage awards?

      5.      How many panel members just do not like lawyers?

      6.      How many panel members have ever declared bankruptcy, or have owned a business that declared bankruptcy?

      7.      How many panel members would agree that given the economic conditions these days, if someone's debts exceed their ability to pay, they have the right under law to seek protection in bankruptcy?

      8.      Is there anyone who disagrees that a citizen of the United States has the right to discharge a debt in bankruptcy? If not, why?

      9.      How many panel members think it ought to be permissible for a creditor or a debt collector to try to collect a debt after it has been discharged in bankruptcy? If so, why?

      10.      How many panel members think it ought to be permissible for a creditor or a debt collector to furnish adverse credit information or cause to be issued an adverse credit report when they know the debt is not valid or is no longer valid?

      11.      How many panel members believe that a creditor or a debt collector should be allowed to still make calls to try to collect a debt after the debtor has told them to stop calling?

      12.      How many panel members have ever been called by a creditor or a debt collector who was trying to collect a debt?

      13.      How many panel members have been called by a creditor or a debt collector who was trying to collect a debt that you disputed or that you did not owe?

      14.      How many panel members feel that if an individual has avoided debt by virtue of bankruptcy discharge, that individual is at least partially responsible for getting collection calls?

      15.      How many panel members feel that if an individual has avoided debt by virtue of bankruptcy discharge, that individual should not be eligible to receive payment for getting collection calls?

      16.      How many panel members would really like to serve on the jury in this case?

**IV.**      **Prior Jury Service**

      1.      How many panel members have ever served on a jury?

      2.      Was it a civil or criminal case?

3. Does everyone understand that there is a fundamental difference between the burden of proof between a criminal and civil case? In a criminal case, the burden is on the state to prove its case beyond and to the exclusion of a reasonable doubt. In a civil case, the burden is on the plaintiff to prove the case by the preponderance of the evidence. Is there anyone who thinks that a plaintiff in a civil case should be held to a higher burden of proof?

4. Of those of you who have served on a jury, did you reach a verdict?

5. Of those of you who served on a jury, were you the foreperson?

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will serve a copy upon all CM/ECF participants.

*s/David P. Mitchell*
DAVID P. MITCHELL, ESQUIRE
Florida Bar No.: 067249
JEFFREY "JACK" GORDON, ESQUIRE
Florida Bar Number: 0836760
MANEY & GORDON, P.A.
5402 Hoover Boulevard
Tampa, FL 33634
Tel.: (813) 888-6700
d.mitchell@maneygordon.com
david@mitchellconsumerlaw.com
v.marrero@maneygordon.com
Counsel for Plaintiff