

# EXHIBIT LIST

___ Government   (X) Plaintiff   ___ Defendant   ___ Court

Case No.   8:14-CV-00369
Style:     RICHARD E. DREW and ROLENA C. DREW v. OCWEN LOAN SERVICING, LLC

*Plft's*

| Exhibit No. | Date Identified | Date Admitted | Witnesses | Description of Exhibit |
|---|---|---|---|---|
| 1 |  | SEP 24 2015 | R. Drew | Cellphone Screenshots. (Bates No. 96 – 114) |
| 2 |  |  |  | Excerpts of Plaintiff's Voluntary Petition for Bankruptcy (Bates No. 003 – 006) |
| 3 |  |  |  | Notice of Appearance by Marshall Watson in Bankruptcy (Bates No. 007 – 008) |
| 4 |  |  |  | Motion for Relief from Stay (Bates No. 009 – 013) |
| 5 |  |  |  | Order Granting Motion for Relief from Stay (Bates No. 014 – 017) |
| 6 |  |  |  | Discharge Order of Joint Debtors (Bates No. 018 – 021) |
| 7 |  |  |  | Quitclaim Deed (Bates No. 024 – 025) |
| 8 |  |  |  | Property Appraiser Records (Bates No. 026 – 027) |
| 9 |  |  |  | Shell Boarding Bankruptcy Data (Bates No. 028 – 030) |
| 10 |  |  |  | Shell Boarding Foreclosure Attorney Data (Bates No. 031 – 032) |
| 11 |  |  |  | Ocwen Comment Log (Bates No. 033 – 087) |
| 12 |  |  |  | Ocwen Call Log (Bates No. 088 – 094) |


| | | | | |
|---|---|---|---|---|
| 13 | | | | 2005 New Century Mortgage Application (Bates No. 001) |
| 14 | | | | Transcript of Call No. 11 (Bates No. 121 – 125) |
| 14-A | | | | Recording of Call No. 11 |
| 15 | | | | Transcript of Call No. 4 (Bates No. 139 – 143) |
| 15-A | | | | Recording of Call No. 4 |
| 16 | | | | Transcript of Call No. 7 (Bates No. 152 – 163) |
| 16-A | | | | Recording of Call No. 7 |
| 17 | | | | Transcript of Call No. 3 (Bates No. 134 – 138) |
| 17-A | | | | Recording of Call. No. 3 |
| 18 | | | | Transcript of Call No. 9 (Bates No. 167 - 171) |
| 18-A | | | | Recording of Call. No. 9 |
| 19 | | | | Transcript of Call No. 8 (Bates No. 164 – 166) |
| 19-A | | | | Recording of Call. No. 8 |
| 20 | | | | Transcript of Call No. 12 (Bates No. 126 – 130) |
| 20-A | | | | Recording of Call No. 12 |
| 21 | | SEP 23 2015 | | T- Mobile Records (Bates No. 172 – 212) |
| 22 | | | | Excerpts of Richard Drew's 2013 Credit Report (Bates No. 213 – 218) |

| | | | | |
|---|---|---|---|---|
| 23 | | | | Excerpts of Rolena Drew's 2013 Credit Report (Bates No. 219 – 224) |
| 24 | | SEP 23 2015 | | Transcript of April 22, 2105 Deposition of Roger Santos (Bates No. 231 - 235) *for appeal purposes only* |
| 24-A | | | | Exhibit 1 of April 22, 2015 Deposition of Roger Santos (Bates No. 236 - 238) |
| 24-B | | | | Exhibit 2 of April 22, 2015 Deposition of Roger Santos (Bates No. 239 - 241) |
| 24-C | | | | Exhibit 3 of April 22, 2015 Deposition of Roger Santos (Bates No. 242 - 408) |
| 24-D | | | | Exhibit 4 of April 22, 2015 Deposition of Roger Santos (Bates No. 409 - 643) |
| 25 | | | | Transcript of April 24, 2015 Deposition of Paul Myers (Bates No. 644 - 706) |
| 25-A | | SEP 23 2015 | | Exhibit 1 of April 24, 2015 Deposition of Defendant's 30(b)(6) witness, Paul Myers (Bates No. 707 - 716) |
| 25-D | | SEP 23 2015 | | Exhibit 4 of April 24, 2015 Deposition of Paul Myers (Bates No. 717 - 718) |
| 25-E | | SEP 23 2015 | | Exhibit 5 of April 24, 2015 Deposition of Paul Myers (Bates No. 033 - 087) |
| 25-F | | | | Exhibit 6 of April 24, 2015 Deposition of Paul Myers (Bates No. 719) |
| 25-G | | SEP 23 2015 | | Exhibit 7 of April 24, 2015 Deposition of Paul Myers (Bates No. 028 - 030) |
| 25-H | | SEP 23 2015 | | Exhibit 8 of April 24, 2015 Deposition of Paul Myers (Bates No. 720 - 723) |
| 25-I | | SEP 23 2015 | | Exhibit 9 of April 24, 2015 Deposition of Paul Myers (Bates No. 018 - 021) |
| 25-J | | SEP 23 2015 | | Exhibit 10 of April 24, 2015 Deposition of Paul Myers (Bates No. 222) |
| 25-K | | SEP 23 2015 | | Exhibit 11 of April 24, 2015 Deposition of Paul Myers (Bates No. 219 – 221, 213-215) |

| | | | | |
|---|---|---|---|---|
| 25-N | | | | Exhibit 14 of April 24, 2015 Deposition of Paul Myers (Bates No. 134 - 138 ) |
| 25-O | | | | Exhibit 15 of April 24, 2015 Deposition of Paul Myers (Bates No. 139 - 143) |
| 25-P | | | | Exhibit 16 of April 24, 2015 Deposition of Paul Myers (Bates No. 152 - 163) |
| 25-R | | | | Exhibit 18 of April 24, 2015 Deposition of Paul Myers (Bates No. 121 - 125) |
| 25-S | | | | Exhibit 19 of April 24, 2015 Deposition of Paul Myers (Bates No. 167 - 171) |
| 25-U | | | | Exhibit 21 of April 24, 2015 Deposition of Paul Myers (Bates No. 164 - 166) |
| 25-W | | | | Exhibit 23 of April 24, 2015 Deposition of Paul Myers (Bates No. 126 - 130) |
| 25-X | | | | Exhibit 24 of April 24, 2015 Deposition of Paul Myers (Bates No. 088 - 094) |
| 25-Y | | | | Exhibit 25 of April 24, 2015 Deposition of Paul Myers (Bates No. 724 - 730) |
| 25-Z | | | | Exhibit 26 of April 24, 2015 Deposition of Paul Myers (Bates No. 731) |
| 26 | | | | Affidavit of Randall A. Snyder (Dkt. 48) (Bates No. 732 - 740) |
| 26-A | | | | Exhibit A of Affidavit of Randall A. Snyder (Bates No. 741 - 769) |
| 26-B | | | | Exhibit B of Affidavit of Randall A. Snyder (Bates No. 770-777) |
| 26-C | | | | Exhibit C of Affidavit of Randall A. Snyder (Bates No. 778-782) |
| 26-D | | | | Exhibit D of Affidavit of Randall A. Snyder (Bates No. 783 - 787) |
| 26-E | | | | Exhibit E of Affidavit of Randall A. Snyder (Bates No. 788 - 794) |
| 26-F | | | | Exhibit F of Affidavit of Randall A. Snyder (Bates No. 172-212) |

| | | | | |
|---|---|---|---|---|
| 26-G | | | | Exhibit G of Affidavit of Randall A. Snyder (Bates No. 795-799) |
| 26-H | | | | Exhibit H of Affidavit of Randall A. Snyder ((Bates No. 800-803) |
| 27 | | 9/23/15 | | Transcript of May 11, 2105 Deposition of Nicholas Z. Okeson D.O. *Proffer for Appeal purposes* |
| 27-A | | 9/23/15 | | Exhibit 1 of Transcript of Nicholas Okeson, D.O. *Proffer for Appeal purposes* |
| 27-B | | 9/23/15 | | Exhibit 3 of Transcript of Nicholas Okeson, D.O. *Proffer for Appeal purposes* |
| 28 | | 9/23/15 | | Transcript of September 18, 2015 Deposition of Sharon Grosser *Proffer for Appeal purposes* |
| 29 | | | | Recording 13 (Def. Supp. Response 6.2.15 Add'l Call) |