UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROLENA C. DREW, ET AL.,
　　Plaintiff(s)

v.

OCWEN LOAN SERVICING, LLC.,
　　Defendant(s),

Case No: 8:14-cv-369-T-26TGW

____ Evidentiary
_X_ Trial
____ Other

## COURT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | 9/23/15 | | Jury note |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |