UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROLENA C. DREW,

    Plaintiff,

v.                                               CASE NO. 8:14-cv-369-T-26TGW

OCWEN LOAN SERVICING, INC.,

    Defendant.
_____/

## VERDICT

WE, THE JURY, return the following verdict by a preponderance of the evidence:

**Question 1.** How many times did Defendant OCWEN place calls to Plaintiff ROLENA DREW's cellular telephone number?

                                 Number of calls placed __218__

                                 Proceed to Question 2

**Question 2.** With regard to the number of calls you have found were placed by Defendant OCWEN to Plaintiff ROLENA DREW in **Question 1**, did Defendant OCWEN willfully or knowingly violate the TCPA by making calls to Plaintiff ROLENA DREW's cellular telephone number with knowledge that the calls were being placed to her cellular telephone number?

                                 YES __X__

                                 NO _____

If your answer is "YES", proceed to Question 3. If your answer is "NO", please have your foreperson date and sign the verdict.

**Question 3.** How may times did Defendant OCWEN willfully or knowingly place calls to Plaintiff ROLENA DREW's cellular telephone number with knowledge that the calls were being placed to her cellular telephone number?

Number of calls placed willfully or knowingly __218__

SO SAY WE ALL this __23__ day of <u>September</u>, 2015.

_____
FOREPERSON