AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### JUDGMENT IN A CIVIL CASE

ROLENA C. DREW,

    Plaintiff(s),

VS.                                        CASE NUMBER: 8:14-cv-369-T-26TGW

OCWEN LOAN SERVICING, LLC.,

    Defendant(s).

☒    **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Rolena C. Drew and against the Defendant, Ocwen Loan Servicing, LLC., in the amount of $327,000.00.

September 23, 2015

                                                          SHERYL L. LOESCH, CLERK

                                                          BY _/s/ Susan_____
                                                                 Deputy Clerk